

# Fourth Court of Appeals
## San Antonio, Texas

March 5, 2019

No. 04-18-00715-CV

Kenneth J. **THOMAS**,
Appellant

v.

**ARRIBA APARTMENTS**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2018CV04988
Honorable Karen Crouch, Judge Presiding

## O R D E R

On January 18, 2019, we issued an order striking appellant's brief for noncompliance with the briefing rules found in the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.1, 9.5. Our order directed appellant to file an amended brief correcting the violations in his initial brief on or before February 22, 2019.

On February 22, 2019, appellant filed a motion for extension of time to file his amended brief. Appellant's motion does not specify how much additional time he seeks to file his amended brief. Appellant's motion states that he is seeking an extension "to obtain records needed for [his] brief." We note that the clerk's record has been filed in this appeal since October 5, 2018.

Appellant's request for an extension of time to file his amended brief is GRANTED. We grant appellant an additional twenty-one days to file his amended brief. Appellant's brief is due **on or before March 15, 2019.** Appellant is advised that no further extensions will be granted absent extenuating circumstances.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court